IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FELIX WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-08-1108-D |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**ORDER AND JUDGMENT**

Upon review of the case file, the Court finds no timely objection to the Findings and Recommendation of United States Magistrate Judge Shon Erwin issued pursuant to 28 U.S.C. § 636(b)(1), and finds a waiver of further judicial review. The Court therefore adopts the Findings and Recommendation [Doc. No. 17] in its entirety.

For the reasons stated therein, the Court affirms the final decision of the Commissioner pursuant to 42 U.S.C. § 405(g).

Entered this 8th day of October, 2009.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE